Michael PANKINS, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 75542.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 14, 1999.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stacy L. Anderson, Asst. Atty. Gen., Jefferson City, for respondent.

Before GARY M. GAERTNER, P.J. and PAUL J. SIMON and JAMES R. DOWD, JJ.

## ORDER

PER CURIAM.

Michael Pankins (Movant) files this appeal from the motion court's judgment denying his Rule 24.035 motion. In his appeal, Movant contends his post-conviction counsel abandoned him.

We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

■

Kaye S. McCLEARY, Movant,

v.

STATE of Missouri, Respondent.

No. ED 75382.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 14, 1999.

Patricia M. Garvey, Asst. Sp. Public Defender, St. Louis, for movant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stacy L. Anderson, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J. and KAROHL, J. and HOFF, J.

## ORDER

PER CURIAM.

Kaye S. McCleary (Movant) appeals from the motion court's judgment denying her Rule 24.035 motion for post-conviction relief without an evidentiary hearing.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. The motion court's findings and conclusions are not clearly erroneous. Rule 24.035(k). An extended opinion reciting the detailed facts and restating the principles of law would have no precedential or jurisprudential value. Judgment affirmed in accordance with Rule 84.16(b).